**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Demetrice Antoine McBRIDE,**
**Defendant–Appellant.**

**No. 11–12228**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 15, 2011.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, Stephen Thomas Inman, David M. Stewart, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Mark L. Wilhelmi, Attorney at Law, Augusta, GA, for Defendant–Appellant.

Before CARNES, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Mark Wilhelmi, appointed counsel for Demetrice McBride in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McBride's conviction and sentence are **AFFIRMED.**